**Order entered December 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01101-CV

### J&D WORLD CORPORATION, Appellant

### V.

### JUANITA BELMAREZ, Appellee

**On Appeal from County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-03908-B**

## ORDER

On November 21, 2013, a supplemental clerk's record was filed containing appellant's suggestion of bankruptcy. Because a party to this appeal is in bankruptcy, further action in this cause is automatically suspended. *See* TEX. R. APP. P. 8.2. Accordingly, for administrative purposes, this cause is **ABATED** and treated as a closed case. It may be reinstated on motion by any party showing, in accordance with rule of appellate procedure 8.3, that the appeal is permitted by federal law or the bankruptcy court. *See id.* 8.3.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE